United States District Court
Southern District of Texas
**ENTERED**
August 08, 2017
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ARREDONDO, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:16-cv-01317 |
| | § | |
| v. | § | |
| | § | |
| J.M. HOLM & CO., INC., and | § | |
| TODD NELMS, INDIVIDUALLY, | § | |
| | § | COLLECTIVE ACTION |
| Defendants. | § | |

ORDER

The Court, having considered the Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (the "Motion") filed by Jose Arredondo, Daniel Arredondo, Rafael Flores, Carlos Galvan, Francisco Garcia, Dario Lopez, Juan Lopez, Miguel Martinez, Zenon Martinez, Emilio Murillo, Juan Lino Pacheco, Anthony Resendez, Saul Rico, Jose Rodriguez and Miguel Silva (collectively, the "Plaintiffs") and Defendants J.M. Holm & Co., Inc. and Todd Nelms, Individually, (collectively, the "Defendants") is of the opinion that the Motion should be GRANTED.

Accordingly, the the Settlement Agreement and Release of All Claims (the "Agreement") entered into between the Parties and filed under seal with the Court is hereby approved by the Court. The above styled and numbered cause is dismissed with prejudice with all costs incurred taxed against the party incurring such costs unless otherwise indicated in the Agreement.

Signed: Aug 7, 2017

HON. ALFRED BENNETT
U.S. DISTRICT JUDGE